# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| JOSEPH R. WINTERS, ROGER DEAN HAGAN, CRAWFORD H. SEWELL, JOSEPH LEE MINCEY, GLYNN A. COLLINS and JOHNNIE-MARIE DAVIS<br><br>Plaintiffs,<br><br>v.<br><br>KING AMERICA FINISHING, INC., MICHAEL ALBERT BEASLEY and WESTEX HOLDING COMPANY,<br><br>Defendants. | Civil Action No.<br>6:12-cv-00066-LGW-GRS |

## ORDER

Before the Court is Plaintiffs' Motion to Stay All Deadlines and Proceedings in this case, including but not limited to Plaintiffs' Response to Defendant Beasley's Motion to Dismiss, pending Remand determination.

Having reviewed Plaintiffs' Motion, to which Defendants have no objection, and for good cause shown, Plaintiffs' Motion is hereby GRANTED.

IT IS ORDERED AND ADJUDGED that all deadlines and proceedings in this case are stayed pending the determination of Plaintiffs' Motion to Remand.

SO ORDERED THIS 12TH DAY OF September, 2012.

_____
Magistrate Judge, United States District Court
Southern District of Georgia